UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAMELA J. HOKAMP,

    Plaintiff,

v.

CHIEF MATTHEW MILLER, DEPUTY TERI WEGNER, DEPUTY TOM KLEMKE, DEPUTY DANIEL HEINRICH, DEPUTY ERIC HEINE, DEPUTY SCOTT YAMBOR, DEPUTY MATT KANTERS, NURSE AMANDA LENZ, and NURSE SARAH LUEBKE,

    Defendants.

Case No. 21-CV-1125-JPS

**ORDER**

Upon consideration of Plaintiff's request that this case be assigned to another judge, (Docket #19), the request is denied.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to reassign case (Docket #19) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2022.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge